**Dismissed and Opinion Filed July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00616-CV

### DENNITRA HURD, Appellant
### V.
### JORGE PASARET, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04169**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

By letter dated May 14, 2015, the Court directed appellant to pay the filing fee for the appeal within ten days. On June 3, 2015, we notified appellant that the Dallas County District Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that she had either paid or made payment arrangements for the clerk's record or that she was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal. Appellant has not responded to either letter, the filing fee has not been paid, and the clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(a).

150616F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DENNITRA HURD, Appellant

No. 05-15-00616-CV        V.

JORGE PASARET, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-04169.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.  We **ORDER** that appellee Jorge Pasaret recover his costs of this appeal from appellant Dennitra Hurd.

Judgment entered July 31, 2015.